01-15-01037-CR

# CHRIS DANIEL



### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/7/2015 11:34:18 AM
CHRISTOPHER A. PRINE
Clerk

December 4, 2015

HONORABLE RUBEN GUERRERO
174TH DISTRICT COUT
HARRIS COUNTY
HOUSTON, TX

Defendant's Name:  JAMES KIRK EDMONDSON

Cause No:  1390554

Court:  174TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:**  12/02/15
**Sentence Imposed Date:**  11/12/15
**Court of Appeals Assignment:  First  Court of Appeals**
**Appeal Attorney of Record:**  TO BE DETERMINED

Sincerely,

Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

B.J. ORSACK  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Cause No. 1390554

THE STATE OF TEXAS

V.

James Edmondson , A/K/A/ _____

174th District Court / County Criminal Court at Law No. _____

Harris County, Texas

FILED
Chris Daniel
District Clerk

DEC 0 2 2015

Time:_____
Harris County, Texas

By_____
Deputy

## NOTICE OF APPEAL

999|VM|22
998|VM|22

### TO THE HONORABLE JUDGE OF SAID COURT:

On 12-2-2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

- ☒ MOVES to withdraw.
- ☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

12-2-2015
**Date**

James Edmondson
**Defendant (Printed name)**

Paul Darrow
**Attorney (Signature)**

Paul Darrow
**Attorney (Printed name)**

24057427
**State Bar Number**

4301 Koakum Blvd. Houston, TX 7700x
**Address**

713-641-5300
**Telephone Number**

The defendant (check all that apply):

- ☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.
- ☐ ASKS the Court to ORDER that a free record be provided to him.
- ☑ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

X _____
**Defendant (Signature)**

James Edmondson
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 12/2/2015 _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___12/2/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☑ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED** / ~~**DENIED**~~.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: ___12/2/2015___

                            JUDGE PRESIDING,
                            177th DISTRICT COURT /
                            COUNTY CRIMINAL COURT AT LAW NO. ____,
                            HARRIS COUNTY, TEXAS



Cause No. 1390554

THE STATE OF TEXAS

v.

_Corles Edmonson_ , Defendant

IN THE _174th_ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____
Judge

12/2/15
Date Signed

FILED
Chris Daniel
District Clerk
DEC 02 2015
Time:_____
Harris County, Texas
By_____ Deputy

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X_____
Defendant

_____
Defendant's Counsel

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

State Bar of Texas ID number: 24057423

Mailing Address: 4301 Yoakum Blvd Houston TX 77006

Telephone number: 713-641-5380

Fax number (if any): 713-587-0516

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

# APPEAL CARD

1-11-16

Court 174th

Cause No. 1390554

The State of Texas
Vs

James Edmonson

11/12/15

Date Notice
Of Appeal: 12/2/2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding RuBon Guerrero

Court Reporter B.J. Ossack

Court Reporter_____

Court Reporter_____

Attorney
on Trial Paul Darrow

Attorney
on Appeal_____

Appointed_____ Hired_____

Offense Indecency Child-To

Jury Trial Yes ✓ No_____

Punishment
Assessed 9 years TDC

Companion Cases
(If Known) N/A

Amount of
Appeal Bond_____

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section 12-3-15

Deputy Clerk _____